**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Clark Nichols, d/b/a,                                        Civil Action File No. 02-4716
Nichols & Associates,

                 Plaintiff,
vs.                                            FINDINGS OF FACT, CONCLUSIONS OF
                                                        LAW AND ORDER FOR JUDGMENT

Richard Halden,
a/k/a Rick Halden,
                Defendant.

---

On the application of Stewart C. Loper, Esq., and on all of the files, records and proceedings herein, makes the following findings of fact, conclusions of law and order for judgment:

## FINDINGS OF FACT

1. Defendant entered into that certain Settlement Agreement, Warrant of Attorney to Confess Judgment and Stipulation for Dismissal on or about July 7, 2003 to settle Civil Action No 02-4716.

2. Defendant has failed to fully perform the terms of the Settlement Agreement.

3. Defendant is indebted to plaintiff in the amount of $105,000.00. by the terms of said settlement agreement.

## CONCLUSIONS OF LAW

1. Plaintiff, Clark Nichols, d/b/a Nichols & Associates, is entitled to have and recover judgment against defendant Rick Halden in the principal amount of $105,000.00 together with costs and disbursements pursuant to the Settlement

Agreement and Warrant of Attorney to Confess Judgment in the above-captioned matter.

ORDER FOR JUDGMENT

**LET THE JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January   13th  , 2006

                        s/Paul A. Magnuson
                        Paul A. Magnuson
                        Judge of the District Court